## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **SYDNEY WATSON,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. 3:23-CV-00279-B** |
| | § | |
| **BLAZE MEDIA, LLC,** | § | |
| | § | |
| **Defendant.** | § | |

## DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY PROCEEDINGS AND COMPEL ARBITRATION

Defendant Blaze Media, LLC ("Blaze" or "Defendant") moves the Court, pursuant to the Federal Arbitration Act, to dismiss, or, in the alternative, to stay this proceeding, and to compel Plaintiff Sydney Watson ("Watson" or "Plaintiff") to arbitrate her claims, as provided for in the arbitration provision of her Talent Services Agreement.[1] In support of its motion, Blaze relies on the contemporaneously filed Brief and attached documentation. For the reasons explained more fully therein, Plaintiff agreed to arbitrate her claims and, therefore, cannot proceed with this case in federal court.

---

[1] The Federal Arbitration Act, 9 U.S.C. §§ 3, 4 allows for dismissal of the action. Defendant files this Motion to Dismiss in lieu of an Answer. Therefore, to the extent necessary, Defendant also brings this Motion under Fed. R. Civ. P. 12(b)(l) and/or 12(b)(6).

Dated: March 23rd, 2023                    Respectfully submitted,

                                           /s/ Celeste R. Yeager
                                           Celeste R. Yeager
                                           Texas State Bar No. 00797715
                                           Courtney E. Jackson
                                           Texas State Bar No. 24116560
                                           LITTLER MENDELSON, P.C.
                                           2001 Ross Avenue
                                           Suite 1500, Lock Box 116
                                           Dallas, TX 75201
                                           cyeager@littler.com
                                           cejackson@littler.com
                                           (214) 880-8100 (Telephone)
                                           (214) 880-0181 (Facsimile)

                                           Jordan W. Cowman
                                           Texas State Bar No. 04932800
                                           GREENBERG TRAUIG, LLP
                                           2200 Ross Avenue, Suite 5200
                                           Dallas, TX 75201
                                           Jordan.cowman@gtlaw.com
                                           (214) 665-3600 (Telephone)
                                           (214) 665-5952 (Facsimile)

                                           **ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I certify that on this 23rd day of March, 2023, the undersigned provided a copy of *Defendant's Motion To Dismiss Or, In The Alternative, To Stay Proceedings And Compel Arbitration* to counsel in this case via the U.S. Northern District of Texas ECF filing system as follows:

Kurt A. Schlichter                         James A. Pikl
SCHLICHTER, SHONACK & KEETON, LLP          SCHEEF & STONE, LLP
kas@sandsattorneys.com                     Jim.pikl@solidcounsel.com
2381 Rosecrans Ave., Ste. 326              2600 Network Blvd., Ste. 400
El Segundo, California 90245               Frisco, Texas 75034
Phone: (310) 643-0111                      Phone: (214) 472-2100
Fax: (310) 643-1638                        Fax: (214) 472-2150

                                           /s/ Celeste R. Yeager
                                           Celeste R. Yeager

**DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE,**
**TO STAY PROCEEDINGS AND COMPEL ARBITRATION**                      **Page 2**
4889-6774-8179.1 / 118122-1002