IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SYDNEY WATSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Case No. 3:23-CV-00279-B |
| v. | § | |
| | § | |
| BLAZE MEDIA LLC, | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF SYDNEY WATSON'S RESPONSE TO DEFENDANT BLAZE MEDIA LLC'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY PROCEEDINGS AND COMPEL ARBITRATION

Sydney Watson ("Watson" or "Plaintiff") hereby files her Response to The Blaze Media's ("Blaze" or "Defendant") Motion to Dismiss or, in the alternative, to Stay Proceedings and Compel Arbitration, and respectfully shows as follows:

1. The Blaze is not entitled to compel plaintiff Sydney Watson to arbitrate her discrimination and retaliation claims because 1) The Ending Forced Arbitration of Sexual Assault and Sexual Harassment Act (Title 9 U.S.C. Section 401, et seq.) (the "Act") bars forced arbitration of Ms. Watson's claims, and 2) the subject Arbitration Agreement does not compel arbitration of sexual harassment lawsuits. Should the Court compel arbitration, it should stay this case so that judgment may be entered upon completion of arbitration;

2. Plaintiff Sydney Watson has stated claims upon which relief can be granted as to all claims pleaded in the Complaint;

3. In support of this response Plaintiff Sydney Watson files a supporting brief.

Dated: April 10, 2023                    Respectfully submitted,

                                         SCHLICHTER, SHONACK & KEETON, LLP

                                         By: */s/ Kurt A. Schlichter*
                                         Kurt A. Schlichter
                                         State Bar No. 24104610
                                         kas@ssandkattorneys.com
                                         2381 Rosecrans Ave., Ste. 326
                                         El Segundo, California 90245
                                         Phone: (310) 643-0111
                                         Fax: (310) 643-1638

                                         SCHEEF & STONE, LLP

                                         James A. Pikl
                                         State Bar No. 16008850
                                         jim.pikl@solidcounsel.com
                                         2600 Network Blvd., Ste. 400
                                         Frisco, Texas 75034
                                         Phone: (214) 472-2100
                                         Fax: (214) 472-2150

                                         ATTORNEYS FOR PLAINTIFF
                                         SYDNEY WATSON

## CERTIFICATE OF SERVICE

I certify that on this 10th day of April, 2023, the undersigned provided a copy of *PLAINTIFF SYDNEY WATSON'S RESPONSE TO DEFENDANT BLAZE MEDIA LLC'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY PROCEEDINGS AND COMPEL ARBITRATION* to counsel in this case via the U.S. Northern District of Texas ECF filing system as follows:

| | |
|---|---|
| Celeste R. Yeager | Jordan W. Cowman |
| Courtney E. Jackson | GREENBERG TRAUIG, LLP |
| LITTLER MENDELSON, P.C. | 2200 Ross Avenue, Suite 5200 |
| 2001 Ross Avenue | Dallas, TX 75201 |
| Suite 1500, Lock Box 116 | *Jordan.cowman@gtlaw.com* |
| Dallas, TX 75201 | (214) 665-3600 (Telephone) |
| *cyeager@littler.com* | (214) 665-5952 (Facsimile) |
| *cejackson@littler.com* | |
| (214) 880-8100 (Telephone) | |
| (214) 880-0181 (Facsimile) | |

                                         */s/ James A. Pikl*
                                         James A. Pikl

**RESPONSE TO MOTION TO DISMISS**                                                    **PAGE 2**