UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SYDNEY WATSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:23-CV-0279-B |
| | § | |
| BLAZE MEDIA LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On August 3, 2023, the Court denied Defendant Blaze Media LLC ("Blaze")'s Motion to Dismiss or, in the Alternative, to Stay Proceedings and Compel Arbitration (Doc. 8). *See* Doc. 15, Mem. Op. & Order. The Court ordered Blaze to "file an answer or otherwise respond to [Plaintiff Sydney] Watson's Complaint (Doc. 1) within **FOURTEEN (14) DAYS** of th[at] Order." *See id.* at 10.

The Court has reviewed the papers and pleadings on file and notes Blaze has not filed an answer or otherwise responded to the Complaint. Therefore, the Court **ORDERS** the following: By **Friday, August 25, 2023**, Blaze must **SHOW CAUSE**, in writing, why it has failed to respond to the Complaint. Failure to comply with this Order may result in default judgment against Blaze without further notice.

SO ORDERED.

SIGNED: August 18, 2023.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

- 1 -