UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SYDNEY WATSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:23-CV-0279-B |
| | § | |
| BLAZE MEDIA, LLC, | § | |
| | § | |
| Defendant. | § | |

### ORDER SETTING HEARING

Before the Court is the parties' Joint Status Report (Doc. 20). Having reviewed the Joint Status Report, the Court determines a hearing is necessary for the efficient and expeditious resolution of the following matters: (1) the Plaintiff's request for leave to file two motions for summary judgment; (2) the Plaintiff's request to extend the standard duration for oral depositions; and (3) the parties' dispute regarding the mediation deadline. Accordingly, the Court **ORDERS** that a mandatory hearing be set for:

**Thursday, September 21, 2023 at 10:00 a.m.**
Before Judge Jane J. Boyle
Courtroom 1516, Fifteenth Floor
United States Courthouse
1100 Commerce Street
Dallas, Texas 75242

Lead counsel for each party is required to attend the hearing. Parties should be prepared to present their arguments on the matters discussed above.

SO ORDERED.

SIGNED: September 12, 2023.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE