IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SYDNEY WATSON,<br><br>    Plaintiff,<br><br>vs.<br><br>BLAZE MEDIA LLC,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 3:23-CV-00279-B<br>§<br>§<br>§<br>§<br>§ |

## JOINT REPORT NAMING MEDIATOR

Pursuant to the Court's Scheduling Order [Dkt. 24], Plaintiff Sydney Watson and Defendant Blaze Media LLC (collectively, the "Parties"), file this Joint Report Naming Mediator.

The Parties agree to Courtenay Bass serving as mediator. However, the Parties reserve the right to select a different mediator based on their mutual agreement. Bass' contact information is:

Courtenay L. Bass
Gilbert Mediation Group
12001 N Central Expy Suite 650
Dallas, TX 75243
214.303.4574

Dated: December 21, 2023                    Respectfully submitted,

| | |
|---|---|
| */s/ James A. Pikl (w/ permission)* | */s/ Celeste R. Yeager* |
| Kurt A. Schlichter | Celeste R. Yeager |
| SCHLICHTER, SHONACK & KEETON, LLP | Texas State Bar No. 00797715 |
| 2381 Rosecrans Ave., Ste. 326 | cyeager@littler.com |
| El Segundo, CA 90245 | Courtney E. Jackson |
| kas@sandsattorneys.com | Texas State Bar No. 24116560 |
| | cejackson@littler.com |
| James A. Pikl | LITTLER MENDELSON, P.C. |
| SCHEEF & STONE, LLP | 2001 Ross Avenue |
| 2600 Network Blvd., Ste. 400 | Suite 1500, Lock Box 116 |
| Frisco, TX 75034 | Dallas, TX  75201.2931 |
| jim.pikl@solidcounsel.com | 214.880.8100 (Telephone) |
| | 214.880.0181 (Facsimile) |
| **ATTORNEYS FOR PLAINTIFF SYDNEY WATSON** | Jordan W. Cowman |
| | Texas State Bar No. 04932800 |
| | GREENBERG TRAUIG, LLP |
| | 2200 Ross Avenue, Suite 5200 |
| | Dallas, TX  75201 |
| | Jordan.cowman@gtlaw.com |
| | 214.665.3600 (Telephone) |
| | 214.665.5952 (Facsimile) |
| | **ATTORNEYS FOR DEFENDANT BLAZE MEDIA LLC** |

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2023, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the following individuals who have consented in writing to accept this Notice as service of this document by electronic means:

| | |
|---|---|
| Kurt A. Schlichter | James A. Pikl |
| SCHLICHTER, SHONACK & KEETON, LLP | SCHEEF & STONE, LLP |
| 2381 Rosecrans Ave., Ste. 326 | 2600 Network Blvd., Ste. 400 |
| El Segundo, CA 90245 | Frisco, TX 75034 |
| kas@sandsattorneys.com | jim.pikl@solidcounsel.com |

                                                        */s/ Celeste R. Yeager*
                                                        Celeste R. Yeager

**JOINT REPORT NAMING MEDIATOR – PAGE 2**