UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SYDNEY WATSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:23-CV-0279-B |
| | § | |
| BLAZE MEDIA LLC, | § | |
| | § | |
| Defendant. | § | |

## MEDIATION ORDER

The Court has determined that this case is appropriate for mediation. *See* Fed. R. Civ. P. 1, 16; 28 U.S.C. §§ 473(a)(6), (b)(4); Civil Justice Expense and Delay Reduction Plan of the Northern District of Texas ¶ III (1993); *see also* TEX. CIV. PRAC. & REM. CODE. ANN. §§ 154.001 *et seq.* (Vernon 1997 & Supp. 2004).

Mediation is a mandatory but non-binding settlement conference wherein the parties attempt to resolve their differences with the assistance of a third party facilitator: the mediator. All proceedings in a mediation session are confidential and privileged from discovery. No subpoenas, summons, citations, or other process shall be served at or near the location of any mediation session, upon any person entering, leaving, or attending any mediation session.

The parties shall make independent arrangements for payment of fees for the mediation. The costs of mediation are to be divided and borne equally by the parties unless agreed otherwise. The **named parties** and **lead counsel** shall be present during the entire mediation process and each party which is not a natural person must be represented by an **executive officer (other than in-house**

**counsel) with authority to negotiate a settlement** (the authority required shall be active, *i.e.*, not merely the authority to observe the mediation proceedings but the authority to negotiate, demand or offer, and bind the party represented). Counsel and the parties shall proceed in a good faith effort to try to resolve this case.

Following the mediation, the court will be advised only that the case did or did not settle. Referral to alternative dispute resolution is not a substitute for trial, however, and the case will be tried if not settled.

The Court has selected **Courtenay L. Bass**, with Gilbert Mediation Group, as the parties' mediator. The parties should ensure that Courtenay L. Bass receives this Order. The mediator is directed by the Court to complete the attached Alternative Dispute Resolution Summary Form and file it with the clerk of court within ten (10) days after the mediation session is completed. ***If the mediator has not already done so, they are required to register for electronic notice with the Court within ten (10) days from this Order.*** More information about the Court's Electronic Notice System may be found at http://www.txnd.uscourts.gov/records/ens.html.

The Court hereby **ORDERS** the parties to complete the mediation no later than **August 30, 2024**. Failure to comply in good faith with the requirements of this order may result in the imposition of sanctions. *See* Fed. R. Civ. P. 16(f).

SO ORDERED.

SIGNED: December 22, 2023.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

<u>A</u>LTERNATIVE <u>D</u>ISPUTE <u>R</u>ESOLUTION <u>S</u>UMMARY

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: _____
2. Style of case: _____
3. Nature of suit: _____
4. Method of ADR used:   ❏ Mediation   ❏ Mini-Trial   ❏ Summary Jury Trial
5. Date ADR session was held: _____
6. Outcome of ADR (*Select one*):
   ❏ Parties did not use my services.     ❏ Settled, in part, as a result of ADR.
   ❏ Settled as a result of ADR.          ❏ Parties were unable to reach settlement.
   ❏ Continuing to work with parties to reach settlement *(Note: provider must file supplemental ADR Summary Form at conclusion of his/her services)*.

7. What was your TOTAL fee: $_____
8. Duration of ADR: _____ (i.e., one day, two hours)
9. Please list persons in attendance (including party association, i.e., defendant, plaintiff):

   _____        _____
   (Provider)

   _____        _____

   _____        _____

   _____        _____

*Please provide the names, addresses, and telephone number of counsel on the next page of this form.*

10. Provider information:

    _____        _____
    Signature                                   Date

    _____        _____
    Address                                     Telephone

### Alternative Dispute Resolution Summary
*Continued*

Please provide the names, addresses, and telephone numbers of counsel:

Name: _____         Name: _____

Firm: _____         Firm: _____

Address: _____      Address: _____

_____               _____

Phone: _____        Phone: _____


Name: _____         Name: _____

Firm: _____         Firm: _____

Address: _____      Address: _____

_____               _____

Phone: _____        Phone: _____


Name: _____         Name: _____

Firm: _____         Firm: _____

Address: _____      Address: _____

_____               _____

Phone: _____        Phone: _____


Name: _____         Name: _____

Firm: _____         Firm: _____

Address: _____      Address: _____

_____               _____

Phone: _____        Phone: _____