IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SYDNEY WATSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Case No. 3:23-cv-00279-B |
| v. | § | |
| | § | |
| BLAZE MEDIA LLC, | § | |
| | § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Doc. 65, the parties hereby inform the Court that they have settled this dispute and ask the Court to dismiss all claims herein that were brought, or that could have been brought, with prejudice to refiling.

According to Rule 41(a)(1)(A), this Stipulation operates as a dismissal of the case without the necessity of a Court order.

**Respectfully submitted,**

SCHLICHTER, SHONACK & KEETON, LLP

By: */s/ Kurt A. Schlichter*
State Bar No. 24104610
kas@sandsattorneys.com
2381 Rosecrans Ave., Ste. 326
El Segundo, California 90245
Phone: (310) 643-0111
Fax: (310) 643-1638

SCHEEF & STONE, LLP
James A. Pikl
State Bar No. 16008850

LITTLER MENDELSON, P.C.

*By: /s/ Celeste R. Yeager*
State Bar No. 00797715
cyeager@littler.com
2001 Ross Ave., Suite 1500
Dallas, Texas 75201
Phone: (214) 880-8100
Fax: (214) 880-0181

ATTORNEYS FOR
DEFENDANT BLAZE MEDIA, LLC

jim.pikl@solidcounsel.com
2600 Network Blvd., Ste. 400
Frisco, Texas 75034
Phone: (214) 472-2100
Fax: (214) 472-2150

ATTORNEYS FOR PLAINTIFF
SYDNEY WATSON